IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| NANCY ROARK, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>-v-<br><br>JOEL BIEBER, LLC T/A THE JOEL BIEBER FIRM,<br><br>*Defendant.* | Case No.: 3:24-cv-00600-HEH |

## PLAINTIFFS' CONSENT MOTION FOR APPROVAL OF SETTLEMENT

Named Plaintiff Nancy Roark, on her own behalf and on behalf of all opt-in Plaintiffs (collectively "Plaintiffs"), respectfully request that the Court approve the Settlement Agreement and Release of Claims (the "Agreement") that they reached with Defendant Joel Bieber, LLC t/a The Joel Bieber Firm ("Defendant"), which results in full resolution of this case brought under the Fair Labor Standards Act (the "FLSA"), 29 U.S.C. §§ 201, *et seq.*; the Virginia Wage Payment Act, Va. Code §§ 40.1-29, *et seq.*; and the Virginia Overtime Wage Act ("VOWA"), Va. Code §§ 40.1-29.2, *et seq.* FLSA claims may not be waived or released without United States Department of Labor or district court approval. Defendant does not oppose this Motion.

Date: October 10, 2025                                                                 Respectfully Submitted,

 /s/ Robert W.T. Tucci
Robert W.T. Tucci (VSB # 97446)
Gregg C. Greenberg (VSB #79610)
Zipin, Amster, & Greenberg LLC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
Telephone:    (301) 587-9373
Facsimile:    (240) 839-9142

           Email: rtucci@zagfirm.com
           Email: ggreenberg@zagfirm.com

           *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

On October 10, 2025, I served ☐ *the original* ☒ *a true copy* of the foregoing document entitled:

- **PLAINTIFFS' CONSENT MOTION FOR APPROVAL OF SETTLEMENT**

on all the appearing and/or interested parties in this action as follows:

Steven D. Brown, Esq.
Lindsey S. Komisin, Esq.
Katherine L. Yourth, Esq.
ISLERDARE P.C.
1111 East Main Street, Suite 1605
Richmond, Virginia 23219
Telephone: (804) 489-5500
Facsimile: (804) 234-8234
Email: sbrown@islerdare.com
Email: lkomisin@islerdare.com
Email: kyourth@islerdare.com

*Counsel for Defendant*

☐ **(BY MAIL)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Silver Spring, Maryland in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☐ **(BY OVERNIGHT MAIL)** I am personally and readily familiar with the business practice of ZIPIN, AMSTER, & GREENBERG LLC for collection and processing correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by the USPS for overnight delivery.

☒ **(BY ELECTRONIC TRANSMISSION)** I caused said document(s) to be served via electronic transmission through either the Court's CM/ECF system, via electronic mail, or an electronic service provider to the addressee(s) listed above on the date below.

☐ **(BY PERSONAL SERVICE)** I delivered the foregoing document by hand delivery to the addressed named above.

☐ **(BY PROCESS SERVER)** I delivered the foregoing document to a process server to effectuate process via personal service. Once a proof of service is received from the process server, our office will file the proof of service reflecting the date of personal service by the process server.

I declare under penalty of perjury under the laws of the Commonwealth of Virginia that the foregoing is true and correct.

Executed on October 10, 2025, at Silver Spring, Maryland.

                                             <u>*/s/ Robert W.T. Tucci*</u>
                                             Robert W.T. Tucci