IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| NANCY ROARK, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) ) | |
| v. ) ) ) | Case No.: 3:24-cv-00600-HEH |
| JOEL BIEBER, LLC, T/A THE JOEL BIEBER FIRM, ) ) ) | |
| Defendant. ) | |

## ORDER
### (Approving an FLSA and VOWA Settlement)

THIS MATTER is before the Court on Plaintiff Nancy Roark's Consent Motion for Approval of Settlement, filed on October 10, 2025, on behalf of herself and all others similarly situated (collectively "Plaintiffs"). ("Consent Mot.," ECF No. 47.) Defendant Joel Bieber, LLC, t/a the Joel Bieber Firm ("Defendant") does not oppose the motion. (*Id.*) Having reviewed the Consent Motion, the supporting memorandum (ECF No. 48), and the Settlement Agreement and Release (ECF No. 48-1), and there being no opposition from the Defendant, for the reasons stated in Plaintiffs' submissions, the Court GRANTS the Motion and approves the Parties' settlement as a fair and reasonable resolution of a bona fide dispute over Fair Labor Standards Act ("FLSA") and Virginia Overtime Wage Act ("VOWA") claims. The Court further FINDS the attorneys' fees and expenses negotiated under the Agreement to be reasonable.

Accordingly, the Court GRANTS Plaintiffs' Consent Motion. It is further ORDERED that the Parties may agree to make changes to the notice as necessary in accordance with the Agreement following this approval if it is necessary to facilitate payment. This Court retains jurisdiction to enforce the terms of the settlement pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994). The Plaintiffs' claims are DISMISSED WITH PREJUDICE, and this case is CLOSED.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: November 19, 2025
Richmond, Virginia